UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION


SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 24 2018
ARTHUR JOHNSTON
BY_____ DEPUTY

STEVENSON JAIR PALLARES-TRUJILLO, #62222-018
PETITIONER

VERSUS                CIVIL ACTION NO. 5:18-cv-89-DCB-MTP

DIRECTOR OF FEDERAL BUREAU OF PRISON, et al.
RESPONDENTS

## MOTION

To keep civil action in the original district where petition was filed.

NOW COMES the Petitioner, Stevenson Jair Pallares TRUJILLO, Pro se, and respectfully gives notice of his claim to keep CIVIL ACTION in the original district where the petition was filed to avoid and prevent the potential jurisdictional pin-pong match of Petitione's claims.

The only district that may consider a habeas corpus challenge is the district in which the prisoner is confined at the time he filed his petition which is the Western District of Louisiana. See 28 U.S.C. section 1404(a).

Petitioner does not wish to dismiss original CIVIL ACTION and Petitioner consents to the tranfer of this civil action to the United States District Court for the Western District of Louisiana.



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 24 2018
ARTHUR JOHNSTON
BY_____ DEPUTY

Petitioner was incarcerated in the Federal Correctional Institution in Oakdale, Louisiana, when he filed the civil action.

The Court filing fee of $400.00, receipt number 4616081345 with Jury Demand was paid on October 27, 2016. Please see Docket text number 1.

Petitioner does not wish to procrastinate this legal matter, the jurisdictional ping-pong match is on called for and has to stop due to the fact that it has taken up time and money, plus a great deal of pain. Court issues should not be a game!

UNSWORN Delaration
Pursuant to section 132, under penalty of perjury.

I, Stevenson Jair Pallares-Trujillo, Pro se petitioner, an inmate, number 62222-018, being presently incarcerated at the Adams County Correctional Institution, Natchez, Mississippi, declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2018

_Stevenson Pallares_

Respectfully submitted

_STEVENSON Pallares_
Pro se,